# IN UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 18-24381-GLT** |
| **Karthikeya Allada** | ) | **Chapter 13** |
| **Debtor** | ) | **Doc No.** |
| **Karthikeya Allada** | ) | |
| **Movant** | ) | **Motion No. WO-1** |
| v. | ) | |
| **Bank of New York Mellon** | ) | |
| **Respondent** | ) | |

**CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S
WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE
DEBTOR'S SOCIAL SECURITY NUMBER**

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 2, 2021.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. **Karthikeya Allada**, **658 Vance Drive**, **New Kensington, PA 15068**
b. **Bank of New York Mellon, ATTN: Payroll Manager, BNY Mellon Center
500 Grant Street, AIM 151-3012, Pittsburgh, , PA 15258**

Executed on: February 2, 2021                **/s/Bryan P. Keenan**
　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan, PA ID No. 89053
　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan & Associates P.C.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　993 Greentree Road, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15220
　　　　　　　　　　　　　　　　　　　　　　　(412) 922-5116
　　　　　　　　　　　　　　　　　　　　　　　keenan662@gmail.com