IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-24381-GLT |
| Karthikeya Allada | ) | Chapter 13 |
|    Debtor | ) | Doc No. ___ |
| Karthikeya Allada | ) | |
|    Movant | ) | Response Due: |
| vs | ) | Hearing Date: |
|    No Respondent | ) | |

## AFFIDAVIT

BEFORE ME, the undersigned authority, who after being duly sworn according to law, deposes and says the following:

1. All averments made in the foregoing APPLICATION TO EMPLOY REAL ESTATE AGENT are true and correct to the best of my knowledge and belief.

2. The undersigned does not represent any adverse interest to the Estate, and has had no dealings with the Debtor or an Insider of the Debtor, any of the Creditors or any other Party in Interest, the United States Trustee, or any other person employed by the United States Trustee.

Date: May 3, 2021

By: *Donald N. Kolessar, Jr.* Realtor
Donald N. Kolessar, Jr, **Realtor**
**Berkshire Hathaway**
**9401 McKnight Road**
**Pittsburgh, PA 15237**
**Phone: 412-367-8045**
**Fax: 412-367-5853**
**Email: donkolessar@thepreferredrealty.com**
**Office ID # 13202**