# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | **Bankruptcy Case No. 18-24381-GLT** |
|---|---|
| **Karthikeya Allada** | **Chapter 13** |
| **Debtor** | **Doc No.** |
| **Karthikeya Allada** | |
| **Applicant** | |
| Vs. | **Response Due: June 4, 2021** |
| **No Respondent** | **Hearing Date: June 16, 2021** |
| | **At 10:30 a.m.** |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATON TO EMPLOY REAL ESTATE AGENT

The undersigned hereby certifies, as of the date hereof, no motion, answer or other responsive pleading to the Application filed on **May 18, 2021** has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no motion, answer or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, a motion or answer to the Application were to be filed and served no later than **June 4, 2021.**

It is hereby respectfully requested that the Order to the Application be entered by the court.

**Date: June 7, 2021**                                             **/s/ Bryan P. Keenan**
                                                                   Bryan P. Keenan, PA ID No. 89053
                                                                   Bryan P. Keenan & Associates P.C.
                                                                   Attorney for Debtor
                                                                   993 Greentree Road, Suite 101
                                                                   Pittsburgh, PA 15220
                                                                   (412) 922-5116
                                                                   keenan662@gmail.com