FILED
6/8/21 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy Case No. 18-24381-GLT |
|---|---|
| Karthikeya Allada | Chapter 13 |
| Debtor | Related to Dkt. No. 77 |
| Karthikeya Allada | |
| Applicant | |
| Vs. | Response Due: June 4, 2021 |
| No Respondent | Hearing Date: June 16, 2021 |
| | At 10:30 a.m. |

**MODIFIED DEFAULT ORDER APPROVING RETENTION OF REALTOR/BROKER**

*AND NOW*, this 8th day of June 2021, upon consideration of the *Motion to Employ Realtor*, it is **ORDERED, ADJUDGED and DECREED** as follows:

(1) Berkshire Hathaway and Donald N. Kolessar, Jr*,* is hereby appointed, as of the date of filing the *Motion*, as *Realtor* for the Debtor, **Karthikeya Allada**, in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the *Motion* for the purpose of acting as the Movants agent in connection with the sale of real estate located 658 Vance Drive, New Kensington, PA 15068, block and lot: 17-05-02-42-0000 at Berkshire Hathaway and Donald N. Kolessar, Jr. A realtor commission in the amount of $295.00 plus 6% of the gross sale price is tentatively approved subject to final Court order. *Movant shall serve the within Order on all interested parties and file a certificate of service.*

(2) Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases. Tentative approval of the commission set forth above is premised on the understanding that the property will be sold at or near the list price as set forth in the *Motion*. Any

deviation from the list price will be considered as a factor by the Court in setting final compensation in this matter.

(3) Approval of any motion for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. '328(a)*. Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

(4) Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Realtor, this *Order* does not authorize the Realtor to retain or pay any outside counsel or other professional to assist the Realtor in this matter unless such is done at no expense to Movant, directly or indirectly. Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

Prepared by: Bryan Keenan, Esq.

**DEFAULT ENTRY**

Dated: June 08, 2021

_____
Gregory L. Taddonio    jah
United States Bankruptcy Judge

Case Administrator to serve:
Bryan Keenan, Esq.
Donald Kolessar, Jr.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Karthikeya Allada  
    Debtor

Case No. 18-24381-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 2  
Date Rcvd: Jun 08, 2021      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karthikeya Allada, 658 Vance Drive, New Kensington, PA 15068-3330 |
| r  | + | Donald N. Kolessar, Jr., Berkshire Hathaway, 9401 McKnight Road, Pittsburgh, PA 15237-6000 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Karthikeya Allada keenan662@gmail.com melindap662@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

District/off: 0315-2 User: bsil Page 2 of 2
Date Rcvd: Jun 08, 2021 Form ID: pdf900 Total Noticed: 2
TOTAL: 5