FILED
5/12/22 8:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-24381-GLT |
| Karthikeya Allada | ) | Chapter 13 |
| | ) | Related to Dkt. No. 100 |
| **Debtor** | ) | |
| Karthikeya Allada | ) | Response Date: 5/5/2022 |
| | ) | Hearing Date: 5/18/2022 at 10:30 a.m. |
| **Movant** | ) | |
| vs | ) | |
| Lakeview Loan Servicing LLC | ) | |
| c/o Nation Star Mortgage DBA Mr. Cooper, | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| **Respondents** | ) | |

### ORDER ON DEBTORS MOTION TO WITHDRAW
### THE DEBTOR'S CERTIFICATE OF NO OBJECTION
### FILED AT DOCUMENT NUMBER 100 REGARDING DEBTORS'
### MOTION TO SELL REAL ESTATE FREE AND CLEAR OF ALL
### MORTGAGES, LIENS AND ENCUMBRANCES

And now this 12th day of May 2022, upon consideration of the debtor's request it is hereby, **ORDERED, ADJUDGED AND DECREED** that the Certificate of No objection filed at document number 100 is withdrawn.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24381-GLT |
| Karthikeya Allada | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 12, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

**Recip ID          Recipient Name and Address**
db          #+  Karthikeya Allada, 658 Vance Drive, New Kensington, PA 15068-3330

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2022          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:**

**Name                    Email Address**

Brian Nicholas
     on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Bryan P. Keenan
     on behalf of Debtor Karthikeya Allada keenan662@gmail.com
     melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Lily Christina Calkins
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com
     cistewart@logs.com;lcalkins@logs.com

Lily Christina Calkins
     on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com  cistewart@logs.com;lcalkins@logs.com

Maria Miksich

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 8