# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 18-24381-GLT** |
| **Karthikeya Allada** | ) | Chapter 13 |
| | ) | Doc. No. |
| **Debtor** | ) | |
| **Karthikeya Allada** | ) | |
| | ) | |
| **Movant** | ) | |
| vs | ) | |
| **Lakeview Loan Servicing LLC** | ) | |
| **c/o Nation Star Mortgage DBA Mr. Cooper,** | ) | |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) | |
| **Respondents** | ) | |

## CERTIFICATE OF SERVICE OF ORDER REGARDING MOTION TO WITHDRAW THE DEBTOR'S CERTIFICATE OF NO OBJECTION FILED AT DOCUMENT NUMBER 100 REGARDING DEBTORS' MOTION TO SELL REAL ESTATE FREE AND CLEAR OF ALL MORTGAGES, LIENS AND ENCUMBRANCES

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **May 14, 2022**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification**

**1.) Service by Electronic Notification** –
a. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour cmecf@chapter13trusteewdpa.com.
b. **Office of the United States Trustee** ustpregion03.pi.ecf@usdoj.gov
c. **Donald Kolessar**, Realtor, at donkolessar@thepreferredrealty.com
d. **Lily Christina Calkins**, Creditor, logsecf@logs.com

**2.) Service by First Class Mail--**

**Date: May 14, 2022**    /s/ Bryan P. Keenan
**Bryan P. Keenan, Esquire**
**PA ID No. 89056**
**Bryan P. Keenan & Associates, P.C.**
**Attorney for Debtors**
**993 Greentree Road, Suite 101**
**Pittsburgh, PA 15220**
(412) 922-5116
keenan662@gmail.com