Case 18-24381-GLT    Doc 110    Filed 05/19/22    Entered 05/19/22 09:06:41    Desc Main
Document    Page 1 of 1
FILED
5/19/22 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-24381-GLT |
| | : | Chapter: | 13 |
| Karthikeya Allada | : | | |
| | : | | |
| | : | Date: | 5/18/2022 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**
#94 Motion to Sell Property Free and Clear of All Mortgages, Liens and Encumbrances
  #97 Proof of Publication PGH Post Gazette
  #99 Proof of Publication PGH Legal Journal
  #98 Proposed Order
  #101 Objection filed by Nationstar Mortgage

**APPEARANCES**:
  Debtor:     Bryan P. Keenan
  Trustee:    Owen Katz
  Nationstar: Mark Pecarchik

**NOTES:** [10:34 a.m.]

Keenan: [Argues in favor of motion to sell]. The Debtor will be claiming the net proceeds of this sale as exempt.

Pecarchik: We have no objection as long as we are paid in full.

Katz: I would just make an observation that there was no line item included for the residual payments to the trustee.

Court: [Exposes property for sale]. Please file an updated sale order that includes the language requested by the trustee.

**OUTCOME:**

1. The *Motion to Sell Property Free and Clear of All Mortgages, Liens and Encumbrances* [Dkt. No. 94] is GRANTED. [Order Entered].

**DATED:** 5/18/2022