FILED
5/18/22 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 18-24381-GLT |
| Karthikeya Allada ) | Chapter 13 |
| ) | Related to Dkt. No. 94 |
| **Debtor** ) | |
| Karthikeya Allada ) | Response Date: 5/5/2022 |
| ) | Hearing Date: 5/18/2022 at 10:30 |
| Movant ) | |
| vs ) | |
| Lakeview Loan Servicing LLC ) | |
| c/o Nation Star Mortgage DBA Mr. Cooper, ) | |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Respondents ) | |

## AMENDED ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY FREE AND DIVESTED OF LIENS

(1) That service of the Notice of Hearing and Order setting hearing on said Motion for private sale of real property free for $200,000.00 and divested of liens of the above named Respondents, was effected on the following secured creditors whose liens are recited in said Motion for private sale, viz:

**DATE OF SERVICE**                **NAME OF LIENOR AND SECURITY**

**MORTGAGE:**

April 18, 2022

Lakeview Loan Servicing LLC
c/o Nation Star Mortgage DBA Mr. Cooper
Attn: Jay Bray, CEO
PO Box 619098
Dallas, TX 75261-9741

Lakeview Loan Servicing LLC
c/o Nation Star Mortgage DBA Mr. Cooper
c/o Jay Bray, CEO
8950 Cypress Waters
Building One
Coppell, TX 75019

April 18, 2022                **NO LIEN:**

Lower Burrel City Water & Sewer Authority
c/o  Brian Eshbaugh,
2800 Bethel Street, Lower Burrell 15068

April 18, 2022                **NO LIEN:**

Lower Burrel School District Tax Collector
c/o  Brian Eshbaugh,
2800 Bethel Street, Lower Burrell 15068

April 18, 2022                **NO LIEN:**

Lower Burrel City Tax Collector
c/o  Brian Eshbaugh,
2800 Bethel Street, Lower Burrell 15068

April 18, 2022                **NO LIEN:**

Westmoreland County
Westmoreland County Treasurer
George D. English Building
111 Polk Street
P.O. Box 730
Montross, VA 22520

Westmoreland County
c/o  Brian Eshbaugh, Tax Collector
2800 Bethel Street, Lower Burrell 15068

April 18, 2022                **NO LIEN:**

Ronda J. Winnecour, Chapter 13 Trustee - By ECF
Email Noticing (No Lien)

April 18, 2022                **NO LIEN:**

United States Trustee's Office, by ECF Email
Noticing

| | |
|---|---|
| April 18, 2022 | **NO LIEN:** |
| | PA Department of Revenue<br>Arnold A. Barnabei, Esquire, Office of Chief Counsel, PA Dept Rev., Dept. 281061, Harrisburg, PA 17128-1061, U.S. Mail |
| April 18, 2022 | **NO LIEN:** |
| | Internal Revenue Service<br>Jill L. Locnikar, Esq, Assistant United States Attorney, US Post Office & Courthouse, 700 Grant St. Suite 4000, Pittsburgh, PA 15219. |
| | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

(2) That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by the certificate of service duly filed and that the named parties were duly served with the Motion.

(3) That said sale hearing shall be duly advertised as follows:

a. Entered into the EASI System on April 14, 2022 pursuant to *W.PA LBR 6004-1(c)(2.*

b. Published on April 21, 2022 by the Pittsburgh Post Gazette.

c. Published on April 21, 2022 by the Pittsburgh Legal Journal.

(4) That at the sale hearing the highest/best offer received was that of the above Purchaser and no objections to the sale were made which would result in cancellation of said sale.

(5) That the price of $200,000.00 offered by the buyers Roger A. Rodriguez and Catalina Rodriguez was a full and fair price for the property in question.

(6) That the Purchaser has acted in good faith with respect to the within sale in accordance with In re Abbotts Dairies of Pennsylvania, Inc., 788 F2d. 143 (3d Cir. 1986).

Now therefore, IT IS ORDERED, ADJUDGED AND DECREED that the sale by Special Warranty deed of the real property described as 658 Vance Drive New Kensington, PA 15068, block and lot, 17-05-02-42, is hereby **CONFIRMED** to Roger A. Rodriguez and Catalina Rodriguez for $200,000.00**,** free and divested of the above recited liens and claims, and, that the Movant is authorized to make, execute and deliver to the Purchaser above named the necessary deed and/or other documents

required to transfer title to the property purchased upon compliance with the terms of sale;

   IT IS FURTHER ORDERED, that the above recited liens and claims, be, and they hereby are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens and claims;

   FURTHER ORDERED, that the following expenses/costs shall immediately be paid at the time of closing. Failure of the Closing Agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order. Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movant pending further Order of this Court after notice and hearing:

  (1) Mortgage held by Lakeview Loan Servicing LLC,  **$173,671.59**
   c/o Nation Star Mortgage DBA Mr. Cooper

  (2) Real Estate Taxes and Municipal liens:  **$0.00**

\* The actual amounts shall be determined at closing, which shall require Payment in full of (a) all current real estate taxes and municipal claims, which shall be pro-rated between Buyer and Seller through the date of closing.

  (2) The Court approved realtor commission
   which represents($295.00 +  6%) of the gross sales price  **$12,295.00**

  (3) Estimated closing expenses:  **$3,485.00**

   a) Municipal Lien Letters $185.00
   b) State and Local Transfer Tax; $2,000.00
   c) Settlement Fee $250.00
   d) New Deed and Notary Fees $250.00
   e) Home Warranty $700.00
   f) Tax Certifications $100.00

  (4) Court approved attorney fees and costs payable to "Bryan P. Keenan & **$750.00**
  Associates at *993 Greentree Road, Suite 200, Pittsburgh, PA. 15220*";

(5) The Reimbursement of Costs payable to "Bryan P. Keenan & Associates *993*   **$1,947.95**
*Greentree Road, Suite 200, Pittsburgh, PA. 15220*" estimated at;

    a. Pittsburgh Post Gazette   $1,065.35
    b. Pittsburgh Legal Journal $694.60
    c. Court Filing Fee $188.00

(6) Estimated net proceeds payable to the Debtor/Movant,   **$7,832.46**
Karthikeya Allada exempted pursuant to 11 U.S.C. 522 (d)(1),

(7) In the event that the net proceeds exceed $23,675.00, which represents
the exemption claimed pursuant to  11 U.S.C. § 522(d)(1) at the outset of the case,
then these funds shall be paid over to "*Ronda J. Winnecour, Ch. 13 Trustee* PO
Box 84051Chicago, IL 60689-4002."

FURTHER ORDERED that:

    (1)   Closing shall occur within thirty (30) days of this Order and, within  five  (5)
days following closing, the Movant/Plaintiff shall file a report of sale which shall include a
copy of the HUD-1 or other Settlement Statement;

    (2)   This Sale Confirmation Order survives any dismissal or conversion of the within
case; and,

    (3)   Within  five  (5) days of the date of this  Order, the Movant/Plaintiff shall serve a copy of
the within Order on each Respondent/Defendant (i.e., each party against whom relief is sought)and
its attorney of record, if any, upon any attorney or party who answered the motion or appeared at
the hearing, the attorney for the debtor, the Closing Agent, the Purchaser, and the attorney for the
Purchaser, if any, and file a certificate of service.

BY THE COURT

DATED:  May 18, 2022   _____
Honorable Gregory L. Taddonio
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24381-GLT |
| Karthikeya Allada | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Karthikeya Allada, 658 Vance Drive, New Kensington, PA 15068-3330 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Karthikeya Allada keenan662@gmail.com<br>melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Lily Christina Calkins | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com cistewart@logs.com;lcalkins@logs.com |
| Lily Christina Calkins | on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com  cistewart@logs.com;lcalkins@logs.com |
| Maria Miksich | |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: May 18, 2022 Form ID: pdf900 Total Noticed: 1

    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 8