# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PA

Chapter:    13
Case No:    1824381

In re:    KARTHIKEYA  ALLADA

Account Number:  2088

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 36 filed on 01/15/2019 in the amount of $4,922.26 .

On this date 10/18/2022.


By:    /s/ Zachery C. Hayes
       Zachery C. Hayes
       Bankruptcy Representative
       PRA Receivables Management, LLC., as agent of
       Portfolio Recovery Associates LLC.
       POB 41067
       Norfolk, VA 23541
       E-mail: Bankruptcy_Info@prareceivables.com