IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-24381-GLT |
| Karthikeya Allada | ) | Chapter 13 |
|     Debtor | ) | Related to Dkt. No. 119 |
| | ) | Hearing: February 8, 2023 at 10:30 a.m. |
| Bryan Keenan, Esquire | ) | |
|     APPLICANT | ) | |
| vs. | ) | |
|     No Respondent(s) | ) | |

## MODIFIED DEFAULT ORDER

AND NOW, to-wit, this 25th day of January 2023, upon consideration of the Application of Bryan Keenan, Esquire for Interim Compensation and Reimbursement of Expenses as Counsel for the Debtors, it is hereby ORDERED that fees and expenses be approved for services rendered and expenses incurred for the period from July 19, 2020 through January 4, 2023 in the amount of $6,383.92 which represents $5,755.00 for fees and $628.92 for costs

Counsel for the debtor has previously received $750.00 in connection with the court approved sale for real estate.

**IT IS FURTHER ORDERED** that a balance of $5,633.92 shall be paid by the Chapter 13 Trustee.

Prepared by:  Bryan Keenan, Esq.

**DEFAULT ENTRY**

Dated: January 25, 2023

_____  jah
Gregory L. Taddonio
Chief United States Bankruptcy Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-24381-GLT
Karthikeya Allada  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Jan 25, 2023  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Karthikeya Allada, 658 Vance Drive, New Kensington, PA 15068-3330 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Bryan P. Keenan
    on behalf of Debtor Karthikeya Allada keenan662@gmail.com
    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Christopher A. DeNardo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

Lily Christina Calkins
    on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com lilychristinacalkins@gmail.com

Maria Miksich

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 25, 2023 | Form ID: pdf900 | Total Noticed: 1

    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 8