FILED
1/30/23 10:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| **Karthikeya Allada** ) | Case No. 18-24381-GLT |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Related to Dkt. No. 44 |
| _____X | |

**STIPULATED ORDER MODIFYING PLAN**

    **WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by: _____

☐    a motion to lift stay
       as to creditor _____

☒    Other:     To provide for post petition attorney fees in connection with the Order approving the Application of Bryan P. Keenan, Esquire for Interim Compensation and Reimbursement of Expenses as counsel for the Debtor at Document number 125. A balance of $5,633.92 remains to be paid by the Chapter 13 Trustee.

    **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

    **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated May 1, 2019 Amended Chapter 13 Plan

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐    Debtor(s) Plan payments shall be changed from $ _____ to

  $ _____ per _____, effective _____; and/or the Plan term shall be changed from ____ months to ____ months.

- ❏  In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏  Debtor(s) shall file and serve _____ on or before _____.

- ❏  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒  Other: <u>A balance of $5,633.92 remains to be paid by the Chapter 13 Trustee on the Application of Bryan P. Keenan, Esquire for Interim Compensation and Reimbursement of Expenses as counsel for the Debtor at Document number 125.</u>

<u>No further payment is due to Citizens Bank, Claim 40-1 due to the collateral being paid off with insurance proceeds for the total loss of the Debtor's 2018 Ford Escape.</u>

<u>Debtor(s) **ESTIMATE(S)** that a total of $88,412.30 (91.42%) will be available for distribution to nonpriority unsecured creditors.</u>

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  30th   day of   January,   2023.

_____
Gregory L. Maddonio                    jah
Chief United States Bankruptcy Judge

Dated: January 27, 2023

Stipulated by:                                              Stipulated by:

/s/ Bryan P. Keenan                              /s/ Jim Warmbrodt
Bryan P. Keenan                                    Jim Warmbrodt
Counsel to Debtor                                 Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Karthikeya Allada  
    Debtor

Case No. 18-24381-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jan 30, 2023 | Form ID: pdf900 | Total Noticed: 81 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Karthikeya Allada, 658 Vance Drive, New Kensington, PA 15068-3330 |
| r | + | Donald N. Kolessar, Jr., Berkshire Hathaway, 9401 McKnight Road, Pittsburgh, PA 15237-6000 |
| 14945486 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14945502 | + | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14991431 | + | Janet Wenger, 309 Eicher Road, Pgh PA 15237-1012 |
| 14951637 | | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14945510 | | Ocean 22 Development LLC, 2200 Ocean Blvd, Myrtle Beach, SC 29577 |
| 14945512 | | Paypal, PO box 5018, Port Deposit, MD 21904 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2023 00:08:07 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 31 2023 00:04:00 | Americredit Financial Services, Inc.Dba GM Financi, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 31 2023 00:04:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 31 2023 00:04:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2023 00:07:59 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 31 2023 00:04:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14960063 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 31 2023 00:04:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14951658 | | Email/Text: ally@ebn.phinsolutions.com | Jan 31 2023 00:04:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14945488 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 31 2023 00:04:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14945487 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 31 2023 00:04:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |

Case 18-24381-GLT   Doc 130   Filed 02/01/23   Entered 02/02/23 00:27:35   Desc
Imaged Certificate of Notice   Page 5 of 8

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 30, 2023 | Form ID: pdf900 | Total Noticed: 81 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14951649 | | Email/Text: ally@ebn.phinsolutions.com | Jan 31 2023 00:04:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14945489 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 31 2023 00:04:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14967363 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2023 00:08:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14945490 | + | Email/PDF: bncnotices@becket-lee.com | Jan 31 2023 00:08:01 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14945491 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 31 2023 00:04:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14945492 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:08:04 | Bill Me Later, Inc., c/o PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14945497 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 31 2023 00:04:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14979298 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 31 2023 00:04:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 14979632 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 31 2023 00:04:00 | Citizens Bank NA, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14945493 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2023 00:08:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14970396 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2023 00:08:06 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14979559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2023 00:08:01 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14945495 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2023 00:08:01 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14945496 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2023 00:07:55 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14945498 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2023 00:04:00 | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945499 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2023 00:04:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945500 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2023 00:04:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945501 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2023 00:04:00 | Comenitycapital/virgam, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14945529 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2023 00:07:56 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14979643 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2023 00:04:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14945502 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 31 2023 00:07:53 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14948208 | | Email/Text: mrdiscen@discover.com | Jan 31 2023 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14945503 | + | Email/Text: mrdiscen@discover.com | Jan 31 2023 00:04:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14945504 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 31 2023 00:04:00 | Eos Cca, Attn: Bankruptcy, Re: Verizon, Po Box 329, Norwell, MA 02061-0329 |
| 14945505 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |

District/off: 0315-2 User: auto Page 3 of 5
Date Rcvd: Jan 30, 2023 Form ID: pdf900 Total Noticed: 81

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 31 2023 00:04:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14945506 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 31 2023 00:04:00 | Freedom Mortgage, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14975165 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 31 2023 00:04:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14945494 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2023 00:08:05 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 15160131 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2023 00:08:06 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14951090 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2023 00:08:00 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14963374 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2023 00:07:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14945507 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 31 2023 00:04:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14945508 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2023 00:07:58 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15456733 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 31 2023 00:04:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14951637 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 31 2023 00:07:54 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14945509 | + | Email/Text: bnc@nordstrom.com | Jan 31 2023 00:04:07 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14959377 | | Email/PDF: cbp@onemainfinancial.com | Jan 31 2023 00:07:58 | ONEMAIN FINANCIAL SERVICES, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14945511 | + | Email/PDF: cbp@onemainfinancial.com | Jan 31 2023 00:07:58 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15398679 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2023 00:07:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14978778 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2023 00:07:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14945929 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 31 2023 00:07:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14972631 | + | Email/Text: ebnpeoples@grblaw.com | Jan 31 2023 00:04:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14975357 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2023 00:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14975358 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2023 00:04:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14945513 | + | Email/Text: Supportservices@receivablesperformance.com | Jan 31 2023 00:04:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Re: Directv, Po Box 1548, Lynnwood, WA 98046-1548 |
| 14979648 | + | Email/Text: bncmail@w-legal.com | Jan 31 2023 00:04:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14945516 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:07:58 | Syncb/NewEgg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | | | |
|---|---|---|---|---|
| 14945517 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:07:53 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14945514 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:07:53 | Syncb/cathay Pacific D, C/o Po Box 965004, Orlando, FL 32896-0001 |
| 14945515 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:08:04 | Syncb/google, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14978673 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:07:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14945518 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:07:53 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945519 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:07:58 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945520 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:07:53 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945521 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:07:53 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945522 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:07:53 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14945523 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:07:59 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945524 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:07:53 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14945525 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:08:04 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14945526 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2023 00:08:04 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14979649 | + | Email/Text: bncmail@w-legal.com | Jan 31 2023 00:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14945527 | | Email/Text: bncmail@w-legal.com | Jan 31 2023 00:04:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14967595 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 31 2023 00:04:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14945528 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 31 2023 00:04:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 14973677 | | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2023 00:07:56 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 75

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14967364 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14967365 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15560448 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| sp | ##+ | Matthew B. Smith, Vitti Law Group, Inc., 333 Allegheny Avenue, Suite 303, Oakmont, PA 15139-2072 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

Case 18-24381-GLT   Doc 130   Filed 02/01/23   Entered 02/02/23 00:27:35   Desc
Imaged Certificate of Notice   Page 8 of 8

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 30, 2023 | Form ID: pdf900 | Total Noticed: 81 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Karthikeya Allada keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com |
| Lily Christina Calkins | on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com lilychristinacalkins@gmail.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 8