# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-24381-GLT |
| **Karthikeya Allada** | ) | Chapter 13 |
| **Debtor** | ) | Doc No. |
| **Karthikeya Allada** | ) | |
| **Movant** | ) | |
| v. | ) | |
| **No Respondent** | ) | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK of the U.S. Bankruptcy Court:

1. Please be advised that the debtor, **Karthikeya Allada**, is no longer receiving mail at the following address:

>  100 General Braddock Drive
>  Braddock, PA 15104

2. The new mailing address of the debtor, **Karthikeya Allada**, is as follows:

>  1221 Porter Ln
>  McKinney, TX -75071

**WHEREFORE**, the Debtor requests that the Clerk update the Debtor's address.

Respectfully submitted,

Date: **April 27, 2023**

**/s/ Bryan P. Keenan** .
**Bryan P. Keenan, Esquire, PA I.D. No. 89053**
**Bryan P. Keenan & Associates, P.C.**
**Attorneys for the Debtor**
**993 Greentree Road, Suite 101**
**Pittsburgh, PA 15220**
**(412) 922-5116**
**keenan662@gmail.com**