# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 18-24381-GLT** |
| **Karthikeya Allada** | ) | **Chapter 13** |
| **Debtor** | ) | **Doc No.** |
| **Karthikeya Allada** | ) | |
| **Movant** | ) | |
| **v.** | ) | |
| **No Respondent** | ) | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK of the U.S. Bankruptcy Court:

1. Please be advised that the debtor, **Karthikeya Allada**, is no longer receiving mail at the following address:

>658 Vance Drive
>
>New Kensington, PA 15068

2. The new mailing address of the debtor, **Karthikeya Allada**, is as follows:

>1221 Porter Ln
>McKinney, TX -75071

**WHEREFORE**, the Debtor requests that the Clerk update the Debtor's address.

Respectfully submitted,

**Date: May 2, 2023**          **/s/ Bryan P. Keenan            .**
**Bryan P. Keenan, Esquire, PA I.D. No. 89053**
**Bryan P. Keenan & Associates, P.C.**
**Attorneys for the Debtor**
**993 Greentree Road, Suite 101**
**Pittsburgh, PA 15220**
**(412) 922-5116**
**keenan662@gmail.com**