Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Karthikeya Allada** | : | Case No. 18−24381−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 138 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 2/14/24 at 11:00 AM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     **AND NOW,** this *The 22nd of December, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 138 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

     (1)  **On or before February 5, 2024**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on **February 14, 2024 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24381-GLT |
| Karthikeya Allada | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Dec 22, 2023 | Form ID: 604 | Total Noticed: 82 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karthikeya Allada, 1221 Porter Ln, McKinney, TX 75071-4453 |
| r | + | Donald N. Kolessar, Jr., Berkshire Hathaway, 9401 McKnight Road, Pittsburgh, PA 15237-6000 |
| 14991431 | + | Janet Wenger, 309 Eicher Road, Pgh PA 15237-1012 |
| 14945510 | + | Ocean 22 Development LLC, 2200 Ocean Blvd, Myrtle Beach, SC 29577-4743 |
| 14945512 | | Paypal, PO box 5018, Port Deposit, MD 21904 |
| 14945513 | + | Receivables Performance Mgmt, Attn: Bankruptcy, Re: Directv, Po Box 1548, Lynnwood, WA 98046-1548 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2023 23:47:05 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2023 23:30:00 | Americredit Financial Services, Inc.Dba GM Financi, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2023 23:29:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 22 2023 23:29:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 23:47:18 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 22 2023 23:29:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2023 23:47:04 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14960063 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2023 23:30:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14945486 | ^ | MEBN | Dec 22 2023 23:28:29 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14951658 | | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2023 23:29:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14945488 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2023 23:29:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box |

Case 18-24381-GLT   Doc 140   Filed 12/24/23   Entered 12/25/23 00:20:21   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 604 | Total Noticed: 82 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 380901, Bloomington, MN 55438-0901 |
| 14945487 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2023 23:29:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 14951649 | | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2023 23:29:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14945489 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2023 23:30:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14967363 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 23:47:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14945490 | + | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 23:57:53 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14945491 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 22 2023 23:30:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14945492 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:35:42 | Bill Me Later, Inc., c/o PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14945497 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2023 23:29:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14979298 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2023 23:29:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 14979632 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2023 23:29:00 | Citizens Bank NA, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14945493 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 23:36:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14970396 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 23:36:44 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14979559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 23:47:33 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14945495 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 23:36:31 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14945496 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 23:47:24 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14945498 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2023 23:30:00 | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945499 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2023 23:30:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945500 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2023 23:30:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945501 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2023 23:30:00 | Comenitycapital/virgam, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14945529 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 23:47:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14979643 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2023 23:30:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14945502 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 22 2023 23:47:23 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14948208 | | Email/Text: mrdiscen@discover.com | Dec 22 2023 23:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14945503 | + | Email/Text: mrdiscen@discover.com | Dec 22 2023 23:29:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14945504 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 22 2023 23:30:00 | Eos Cca, Attn: Bankruptcy, Re: Verizon, Po Box 329, Norwell, MA 02061-0329 |
| 14945505 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 22 2023 23:29:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14945506 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 22 2023 23:29:00 | Freedom Mortgage, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14975165 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 22 2023 23:29:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14945494 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2023 23:36:19 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 15160131 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:24 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14951090 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:06 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14963374 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2023 23:36:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14945507 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 22 2023 23:29:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14945508 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2023 23:35:44 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15456733 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 22 2023 23:29:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14951637 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 22 2023 23:35:54 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14945509 | + | Email/Text: bnc@nordstrom.com | Dec 22 2023 23:29:38 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14959377 | | Email/PDF: cbp@omf.com | Dec 22 2023 23:36:20 | ONEMAIN FINANCIAL SERVICES, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14945511 | + | Email/PDF: cbp@omf.com | Dec 22 2023 23:47:25 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15398679 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 23:35:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14978778 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 23:47:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14945929 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2023 23:47:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14972631 | + | Email/Text: ebnpeoples@grblaw.com | Dec 22 2023 23:29:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14975357 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2023 23:30:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14975358 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2023 23:30:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14979648 | + | Email/Text: bncmail@w-legal.com | Dec 22 2023 23:30:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14945516 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:36:15 | Syncb/NewEgg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14945517 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:36:17 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14945514 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:47:26 | Syncb/cathay Pacific D, C/o Po Box 965004, Orlando, FL 32896-0001 |
| 14945515 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:47:06 | Syncb/google, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14978673 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2023 23:47:12 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14945518 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:47:06 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945519 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:47:28 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945520 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:35:46 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945521 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:35:45 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945522 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:47:22 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14945523 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:35:38 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945524 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:36:18 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14945525 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:47:14 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14945526 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 23:35:39 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14979649 | + | Email/Text: bncmail@w-legal.com | Dec 22 2023 23:30:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14945527 | | Email/Text: bncmail@w-legal.com | Dec 22 2023 23:30:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14967595 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 22 2023 23:29:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14945528 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2023 23:29:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 14973677 | | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2023 23:47:10 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 76

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14967364 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14967365 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15560448 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| sp | ##+ | Matthew B. Smith, Vitti Law Group, Inc., 333 Allegheny Avenue, Suite 303, Oakmont, PA 15139-2072 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Dec 22, 2023 | Form ID: 604 | Total Noticed: 82 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Karthikeya Allada keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com |
| Lily Christina Calkins | on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com lilychristinacalkins@gmail.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 8