**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KARTHIKEYA ALLADA<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>         vs.<br>No Respondents. | Case No.:18-24381<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 21, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/07/2018 and confirmed on 12/20/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 266,012.09 |
| Less Refunds to Debtor | 5,081.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 260,930.97 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 11,120.56 | |
|    Trustee Fee | 12,409.47 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 23,530.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 62,948.40 | 62,948.40 | 0.00 | 62,948.40 |
|     Acct: 7562 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 4,386.05 | 4,386.05 | 0.00 | 4,386.05 |
|     Acct: 7562 | | | | |
|   OCEAN 22 DEVELOPMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6304 | | | | |
|   LVNV FUNDING LLC | 26,746.19 | 26,746.19 | 3,901.49 | 30,647.68 |
|     Acct: 1990 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0026 | | | | |
|   CITIZENS BANK NA | 30,609.81 | 30,609.81 | 0.00 | 30,609.81 |
|     Acct: 8980 | | | | |
|   CITIZENS BANK NA | 621.05 | 621.05 | 0.00 | 621.05 |
|     Acct: 8980 | | | | |
|   CITIZENS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8980 | | | | |
| | | | | 129,212.99 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KARTHIKEYA ALLADA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KARTHIKEYA ALLADA | 5,081.12 | 5,081.12 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 1,956.64 | 1,956.64 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX8-20 | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 5,663.92 | 5,663.92 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX4-23 | | | | |
|   LOIS M VITTI ESQ | 2,500.00 | 2,500.00 | 0.00 | 2,500.00 |
|     Acct: | | | | |
| | | | | 2,500.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O US DEPA | 0.00 | 24,400.00 | 0.00 | 24,400.00 |
| | Acct: 4675 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALLY FINANCIAL LEASE TRUST | 37.81 | 31.78 | 0.00 | 31.78 |
| | Acct: 3179 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 4,574.57 | 3,845.08 | 0.00 | 3,845.08 |
| | Acct: 1005 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 960.22 | 807.09 | 0.00 | 807.09 |
| | Acct: 2006 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK | 805.69 | 677.20 | 0.00 | 677.20 |
| | Acct: 1008 | | | | |
| | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8203 | | | | |
| | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9953 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 923.37 | 776.12 | 0.00 | 776.12 |
| | Acct: 3724 | | | | |
| | LVNV FUNDING LLC | 998.92 | 839.62 | 0.00 | 839.62 |
| | Acct: 1013 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5456 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 1,794.17 | 1,508.06 | 0.00 | 1,508.06 |
| | Acct: 3223 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 1,433.95 | 1,205.28 | 0.00 | 1,205.28 |
| | Acct: 0804 | | | | |
| | CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5299 | | | | |
| | CITIBANK NA** | 5,071.00 | 4,262.34 | 0.00 | 4,262.34 |
| | Acct: 4180 | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6289 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 4,901.11 | 4,119.55 | 0.00 | 4,119.55 |
| | Acct: 4206 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 1,619.67 | 1,361.39 | 0.00 | 1,361.39 |
| | Acct: 0996 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 1,816.21 | 1,526.59 | 0.00 | 1,526.59 |
| | Acct: 9698 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 2,036.06 | 1,711.38 | 0.00 | 1,711.38 |
| | Acct: 7099 | | | | |
| | DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2715 | | | | |
| | DISCOVER BANK(*) | 1,550.95 | 1,303.63 | 0.00 | 1,303.63 |
| | Acct: 0722 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 83.52 | 70.20 | 0.00 | 70.20 |
| | Acct: 0001 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 1,368.02 | 1,149.87 | 0.00 | 1,149.87 |
| | Acct: 0383 | | | | |
| | MARINER FINANCE LLC | 3,248.65 | 2,730.60 | 0.00 | 2,730.60 |
| | Acct: 6422 | | | | |
| | MERRICK BANK | 953.39 | 801.35 | 0.00 | 801.35 |
| | Acct: 2407 | | | | |
| | NORDSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0883 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC A/S/F O | 15,795.96 | 13,277.03 | 0.00 | 13,277.03 |
| | Acct: 0817 | | | | |
| | PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RECEIVABLES PERFORMANCE MANAGEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7736 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 2,462.12 | 2,069.49 | 0.00 | 2,069.49 |
|       Acct: 8533 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 971.13 | 816.26 | 0.00 | 816.26 |
|       Acct: 1010 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 3,031.64 | 2,548.19 | 0.00 | 2,548.19 |
|       Acct: 8401 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 710.00 | 596.77 | 0.00 | 596.77 |
|       Acct: 4114 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 1,933.72 | 1,625.36 | 0.00 | 1,625.36 |
|       Acct: 1730 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 2,311.26 | 1,942.69 | 0.00 | 1,942.69 |
|       Acct: 9633 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 210.01 | 176.52 | 0.00 | 176.52 |
|       Acct: 3669 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 3,099.87 | 2,605.54 | 0.00 | 2,605.54 |
|       Acct: 8756 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 3,136.72 | 2,636.52 | 0.00 | 2,636.52 |
|       Acct: 4016 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 2088 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 9280 | | | | |
|    SYNCHRONY BANK BY AIS INFOSOURCE | 183.30 | 154.07 | 0.00 | 154.07 |
|       Acct: 3740 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 5,401.16 | 4,539.85 | 0.00 | 4,539.85 |
|       Acct: 9482 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 3,192.72 | 2,683.59 | 0.00 | 2,683.59 |
|       Acct: 0762 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 3,044.96 | 2,559.39 | 0.00 | 2,559.39 |
|       Acct: 2849 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 216.80 | 182.23 | 0.00 | 182.23 |
|       Acct: 1396 | | | | |
|    TD BANK USA NA** | 143.98 | 121.02 | 0.00 | 121.02 |
|       Acct: 1897 | | | | |
|    DEPARTMENT STORES NATIONAL BANK | 394.01 | 331.18 | 0.00 | 331.18 |
|       Acct: 0934 | | | | |
|    DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 4378 | | | | |
|    LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 2904 | | | | |
|    AMERICREDIT FINANCIAL SVCS INC DBA | 15,244.24 | 12,813.28 | 0.00 | 12,813.28 |
|       Acct: 0026 | | | | |
|    PEOPLES GAS LLC F/K/A PEOPLES TWP | 818.21 | 687.73 | 0.00 | 687.73 |
|       Acct: 3293 | | | | |
|    QUANTUM3 GROUP LLC - AGENT COMEN | 230.93 | 194.11 | 0.00 | 194.11 |
|       Acct: 9795 | | | | |
|    JANET WENGER | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 1730 | | | | |
|    AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
| | | | | 105,687.95 |

18-24381                                                                                       Page 4 of 4

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 237,400.94 |
| TOTAL CLAIMED | | |
|   PRIORITY | 2,500.00 | |
|   SECURED | 125,311.50 | |
|   UNSECURED | 96,710.02 | |

Date: 12/21/2023                                         /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KARTHIKEYA ALLADA

      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:18-24381

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24381-GLT |
| Karthikeya Allada | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 82 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karthikeya Allada, 1221 Porter Ln, McKinney, TX 75071-4453 |
| r | + | Donald N. Kolessar, Jr., Berkshire Hathaway, 9401 McKnight Road, Pittsburgh, PA 15237-6000 |
| 14991431 | + | Janet Wenger, 309 Eicher Road, Pgh PA 15237-1012 |
| 14945510 | + | Ocean 22 Development LLC, 2200 Ocean Blvd, Myrtle Beach, SC 29577-4743 |
| 14945512 | | Paypal, PO box 5018, Port Deposit, MD 21904 |
| 14945513 | + | Receivables Performance Mgmt, Attn: Bankruptcy, Re: Directv, Po Box 1548, Lynnwood, WA 98046-1548 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 11 2024 23:54:34 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 11 2024 23:46:00 | Americredit Financial Services, Inc.Dba GM Financi, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 11 2024 23:45:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 11 2024 23:46:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2024 23:54:23 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 11 2024 23:46:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Jan 11 2024 23:54:28 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14960063 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 11 2024 23:46:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14945486 | ^ | MEBN | Jan 11 2024 23:36:41 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14951658 | | Email/Text: ally@ebn.phinsolutions.com | Jan 11 2024 23:45:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14945488 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 11 2024 23:45:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box |

Case 18-24381-GLT    Doc 141    Filed 01/13/24    Entered 01/14/24 00:23:53    Desc
                    Imaged Certificate of Notice    Page 8 of 11

| District/off: 0315-2 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 82 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 380901, Bloomington, MN 55438-0901 |
| 14945487 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 11 2024 23:45:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 14951649 | | Email/Text: ally@ebn.phinsolutions.com | Jan 11 2024 23:45:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14945489 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 11 2024 23:46:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14967363 | | Email/PDF: bncnotices@becket-lee.com | Jan 11 2024 23:54:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14945490 | + | Email/PDF: bncnotices@becket-lee.com | Jan 11 2024 23:54:23 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14945491 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 11 2024 23:46:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14945492 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 23:54:09 | Bill Me Later, Inc., c/o PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14945497 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 11 2024 23:45:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14979298 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 11 2024 23:45:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 14979632 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 11 2024 23:45:00 | Citizens Bank NA, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14945493 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2024 23:54:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14970396 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2024 23:54:05 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14979559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2024 23:54:19 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14945495 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2024 00:05:01 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14945496 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2024 23:54:35 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14945498 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2024 23:46:00 | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945499 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2024 23:46:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945500 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2024 23:46:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945501 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2024 23:46:00 | Comenitycapital/virgam, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14945529 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2024 23:54:23 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14979643 | | Email/Text: bnc-quantum@quantum3group.com | Jan 11 2024 23:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14945502 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 12 2024 00:05:04 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14948208 | | Email/Text: mrdiscen@discover.com | Jan 11 2024 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14945503 | + | Email/Text: mrdiscen@discover.com | Jan 11 2024 23:45:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

Case 18-24381-GLT   Doc 141   Filed 01/13/24   Entered 01/14/24 00:23:53   Desc
Imaged Certificate of Notice   Page 9 of 11

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 82 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14945504 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 11 2024 23:46:00 | Eos Cca, Attn: Bankruptcy, Re: Verizon, Po Box 329, Norwell, MA 02061-0329 |
| 14945505 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 11 2024 23:46:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14945506 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 11 2024 23:46:00 | Freedom Mortgage, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14975165 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 11 2024 23:46:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14945494 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2024 00:18:59 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 15160131 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2024 23:54:00 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14951090 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2024 23:54:16 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14963374 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 11 2024 23:54:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14945507 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 11 2024 23:46:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14945508 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 11 2024 23:54:09 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15456733 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 11 2024 23:46:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14951637 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 11 2024 23:54:24 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14945509 | + | Email/Text: bnc@nordstrom.com | Jan 11 2024 23:46:04 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14959377 | | Email/PDF: cbp@omf.com | Jan 11 2024 23:54:38 | ONEMAIN FINANCIAL SERVICES, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14945511 | + | Email/PDF: cbp@omf.com | Jan 11 2024 23:54:15 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15398679 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2024 00:05:03 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14978778 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 11 2024 23:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14945929 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 12 2024 11:32:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14972631 | + | Email/Text: ebnpeoples@grblaw.com | Jan 11 2024 23:46:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14975357 | | Email/Text: bnc-quantum@quantum3group.com | Jan 11 2024 23:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14975358 | | Email/Text: bnc-quantum@quantum3group.com | Jan 11 2024 23:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14979648 | + | Email/Text: bncmail@w-legal.com | Jan 11 2024 23:46:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14945516 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 00:05:19 | Syncb/NewEgg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 18-24381-GLT    Doc 141    Filed 01/13/24    Entered 01/14/24 00:23:53    Desc
Imaged Certificate of Notice    Page 10 of 11

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 82 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14945517 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 00:19:30 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14945514 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 23:54:34 | Syncb/cathay Pacific D, C/o Po Box 965004, Orlando, FL 32896-0001 |
| 14945515 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 00:05:01 | Syncb/google, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14978673 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 12 2024 00:05:10 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14945518 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 23:54:18 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945519 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 23:54:43 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945520 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 00:05:10 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945521 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 23:54:15 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945522 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 00:05:18 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14945523 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 23:54:07 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945524 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 23:54:09 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14945525 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 23:54:33 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14945526 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 23:54:08 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14979649 | + | Email/Text: bncmail@w-legal.com | Jan 11 2024 23:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14945527 | | Email/Text: bncmail@w-legal.com | Jan 11 2024 23:46:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14967595 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 11 2024 23:46:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14945528 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 11 2024 23:45:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 14973677 | | Email/PDF: ebn_ais@aisinfo.com | Jan 11 2024 23:54:28 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 76

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14967364 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14967365 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15560448 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| sp | ##+ | Matthew B. Smith, Vitti Law Group, Inc., 333 Allegheny Avenue, Suite 303, Oakmont, PA 15139-2072 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024                Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Karthikeya Allada keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com |
| Lily Christina Calkins | on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com  lilychristinacalkins@gmail.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 8