| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Karthikeya Allada**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4675<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–24381–GLT | |

# Order of Discharge                                                                                           12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Karthikeya Allada

<u>2/6/24</u>                                                                  **By the court:** <u>Gregory L Taddonio</u>
                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24381-GLT |
| Karthikeya Allada | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Feb 06, 2024 | Form ID: 3180W | Total Noticed: 84 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karthikeya Allada, 1221 Porter Ln, McKinney, TX 75071-4453 |
| r | + | Donald N. Kolessar, Jr., Berkshire Hathaway, 9401 McKnight Road, Pittsburgh, PA 15237-6000 |
| 14991431 | + | Janet Wenger, 309 Eicher Road, Pgh PA 15237-1012 |
| 14945510 | + | Ocean 22 Development LLC, 2200 Ocean Blvd, Myrtle Beach, SC 29577-4743 |
| 14945512 | | Paypal, PO box 5018, Port Deposit, MD 21904 |
| 14945513 | + | Receivables Performance Mgmt, Attn: Bankruptcy, Re: Directv, Po Box 1548, Lynnwood, WA 98046-1548 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 07 2024 05:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2024 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 07 2024 05:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2024 00:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Feb 07 2024 05:07:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PHINAMERI.COM | Feb 07 2024 05:07:00 | Americredit Financial Services, Inc.Dba GM Financi, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 07 2024 00:24:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 07 2024 00:25:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | EDI: PRA.COM | Feb 07 2024 05:07:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | | |

Case 18-24381-GLT    Doc 145    Filed 02/08/24    Entered 02/09/24 00:28:52    Desc
Imaged Certificate of Notice    Page 4 of 7

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 5 |
| Date Rcvd: Feb 06, 2024 | Form ID: 3180W | Total Noticed: 84 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 07 2024 00:24:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | EDI: AIS.COM | Feb 07 2024 05:07:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14960063 | | EDI: PHINAMERI.COM | Feb 07 2024 05:07:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14945486 | ^ | MEBN | Feb 07 2024 00:12:33 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14951658 | | EDI: GMACFS.COM | Feb 07 2024 05:07:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14945488 | + | EDI: GMACFS.COM | Feb 07 2024 05:07:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14945487 | + | EDI: GMACFS.COM | Feb 07 2024 05:07:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 14951649 | | EDI: GMACFS.COM | Feb 07 2024 05:07:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14945489 | + | EDI: PHINAMERI.COM | Feb 07 2024 05:07:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14967363 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 00:22:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14945490 | + | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 00:38:03 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14945491 | + | EDI: TSYS2 | Feb 07 2024 05:07:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14945492 | + | EDI: SYNC | Feb 07 2024 05:07:00 | Bill Me Later, Inc., c/o PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14945497 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 07 2024 00:24:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14979298 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 07 2024 00:24:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 14979632 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 07 2024 00:24:00 | Citizens Bank NA, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14945493 | + | EDI: CAPITALONE.COM | Feb 07 2024 05:07:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14970396 | | EDI: CAPITALONE.COM | Feb 07 2024 05:07:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14979559 | + | EDI: CITICORP | Feb 07 2024 05:07:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14945495 | + | EDI: CITICORP | Feb 07 2024 05:07:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14945496 | + | EDI: CITICORP | Feb 07 2024 05:07:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14945498 | + | EDI: WFNNB.COM | Feb 07 2024 05:07:00 | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945499 | + | EDI: WFNNB.COM | Feb 07 2024 05:07:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945500 | + | EDI: WFNNB.COM | Feb 07 2024 05:07:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945501 | | EDI: WFNNB.COM | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14945529 | | EDI: CITICORP | Feb 07 2024 05:07:00 | Comenitycapital/virgam, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14979643 | | EDI: Q3G.COM | Feb 07 2024 05:07:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14945502 | + | EDI: MAXMSAIDV | Feb 07 2024 05:07:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14948208 | | EDI: DISCOVER | Feb 07 2024 05:07:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14945503 | + | EDI: DISCOVER | Feb 07 2024 05:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14945504 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 07 2024 05:07:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14945505 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 07 2024 00:26:00 | Eos Cca, Attn: Bankruptcy, Re: Verizon, Po Box 329, Norwell, MA 02061-0329 |
| 14945506 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 07 2024 00:24:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14975165 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 07 2024 00:24:00 | Freedom Mortgage, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14945494 | | EDI: JPMORGANCHASE | Feb 07 2024 00:24:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 15160131 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 05:07:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14951090 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:37:48 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| | | | Feb 07 2024 00:22:56 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14963374 | | Email/PDF: CreditorBK@Resurgent.com | Feb 07 2024 00:37:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14945507 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 07 2024 00:24:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14945508 | + | Email/PDF: CreditorBK@Resurgent.com | Feb 07 2024 01:17:17 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15456733 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 07 2024 00:24:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14951637 | | EDI: MAXMSAIDV | Feb 07 2024 05:07:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14945509 | + | Email/Text: bnc@nordstrom.com | Feb 07 2024 00:25:50 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14959377 | | EDI: AGFINANCE.COM | Feb 07 2024 05:07:00 | ONEMAIN FINANCIAL SERVICES, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14945511 | + | EDI: AGFINANCE.COM | Feb 07 2024 05:07:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15398679 | | EDI: PRA.COM | Feb 07 2024 05:07:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14978778 | | EDI: PRA.COM | Feb 07 2024 05:07:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14945929 | + | EDI: PRA.COM | Feb 07 2024 05:07:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14972631 | + | Email/Text: ebnpeoples@grblaw.com | Feb 07 2024 00:24:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14975357 | | EDI: Q3G.COM | Feb 07 2024 05:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14975358 | | EDI: Q3G.COM | Feb 07 2024 05:07:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14979648 | + | Email/Text: bncmail@w-legal.com | Feb 07 2024 00:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14945516 | + | EDI: SYNC | Feb 07 2024 05:07:00 | Syncb/NewEgg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14945517 | + | EDI: SYNC | Feb 07 2024 05:07:00 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14945514 | + | EDI: SYNC | Feb 07 2024 05:07:00 | Syncb/cathay Pacific D, C/o Po Box 965004, Orlando, FL 32896-0001 |
| 14945515 | + | EDI: SYNC | Feb 07 2024 05:07:00 | Syncb/google, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14978673 | + | EDI: AIS.COM | Feb 07 2024 05:07:00 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14945518 | + | EDI: SYNC | Feb 07 2024 05:07:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945519 | + | EDI: SYNC | Feb 07 2024 05:07:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945520 | + | EDI: SYNC | Feb 07 2024 05:07:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945521 | + | EDI: SYNC | Feb 07 2024 05:07:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945522 | + | EDI: SYNC | Feb 07 2024 05:07:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14945523 | + | EDI: SYNC | Feb 07 2024 05:07:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945524 | + | EDI: SYNC | Feb 07 2024 05:07:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14945525 | + | EDI: SYNC | Feb 07 2024 05:07:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14945526 | + | EDI: SYNC | Feb 07 2024 05:07:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14979649 | + | Email/Text: bncmail@w-legal.com | Feb 07 2024 00:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14945527 | | EDI: WTRRNBANK.COM | Feb 07 2024 05:07:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14967595 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 07 2024 00:24:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14945528 | + | EDI: VERIZONCOMB.COM | Feb 07 2024 05:01:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 14973677 | | EDI: AIS.COM | Feb 07 2024 05:07:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 80

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: 3180W | Total Noticed: 84 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14967364 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14967365 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15560448 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| sp | ##+ | Matthew B. Smith, Vitti Law Group, Inc., 333 Allegheny Avenue, Suite 303, Oakmont, PA 15139-2072 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Karthikeya Allada keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Lily Christina Calkins | on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com lilychristinacalkins@gmail.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 8