IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/6/24 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
KARTHIKEYA ALLADA

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-24381

Chapter 13

Related to Docket No. 138

## ORDER OF COURT

AND NOW, this __6th Day February, 2024__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

drb

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Karthikeya Allada  
    Debtor

Case No. 18-24381-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5  
Date Rcvd: Feb 06, 2024     Form ID: pdf900     Total Noticed: 82

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karthikeya Allada, 1221 Porter Ln, McKinney, TX 75071-4453 |
| r | + | Donald N. Kolessar, Jr., Berkshire Hathaway, 9401 McKnight Road, Pittsburgh, PA 15237-6000 |
| 14991431 | + | Janet Wenger, 309 Eicher Road, Pgh PA 15237-1012 |
| 14945510 | + | Ocean 22 Development LLC, 2200 Ocean Blvd, Myrtle Beach, SC 29577-4743 |
| 14945512 | | Paypal, PO box 5018, Port Deposit, MD 21904 |
| 14945513 | + | Receivables Performance Mgmt, Attn: Bankruptcy, Re: Directv, Po Box 1548, Lynnwood, WA 98046-1548 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2024 00:21:54 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 07 2024 00:25:00 | Americredit Financial Services, Inc.Dba GM Financi, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 07 2024 00:24:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 029119 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 07 2024 00:25:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2024 00:38:36 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 07 2024 00:24:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Feb 07 2024 00:38:19 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14960063 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 07 2024 00:25:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14945486 | ^ | MEBN | Feb 07 2024 00:12:31 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14951658 | | Email/Text: ally@ebn.phinsolutions.com | Feb 07 2024 00:24:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14945488 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 07 2024 00:24:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box |

Case 18-24381-GLT   Doc 146   Filed 02/08/24   Entered 02/09/24 00:28:52   Desc
Imaged Certificate of Notice   Page 3 of 6

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: auto | Page 2 of 5 |
| Date Rcvd: Feb 06, 2024 | | Form ID: pdf900 | Total Noticed: 82 |

| Recip ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 380901, Bloomington, MN 55438-0901 |
| 14945487 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 07 2024 00:24:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 14951649 | | Email/Text: ally@ebn.phinsolutions.com | Feb 07 2024 00:24:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14945489 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 07 2024 00:25:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14967363 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 01:28:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14945490 | + | Email/PDF: bncnotices@becket-lee.com | Feb 07 2024 00:38:04 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14945491 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 07 2024 00:25:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14945492 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 00:38:26 | Bill Me Later, Inc., c/o PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14945497 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 07 2024 00:24:00 | Citizens Bank, 525 William Penn Place, Pittsburgh, PA 15219 |
| 14979298 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 07 2024 00:24:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 14979632 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 07 2024 00:24:00 | Citizens Bank NA, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14945493 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2024 00:22:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14970396 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2024 00:38:14 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14979559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 00:49:50 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14945495 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 00:21:54 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14945496 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 00:22:51 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14945498 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 00:25:00 | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945499 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 00:25:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945500 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 00:25:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14945501 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 00:25:00 | Comenitycapital/virgam, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14945529 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 00:38:20 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14979643 | | Email/Text: bnc-quantum@quantum3group.com | Feb 07 2024 00:25:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14945502 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 07 2024 00:21:54 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14948208 | | Email/Text: mrdiscen@discover.com | Feb 07 2024 00:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14945503 | + | Email/Text: mrdiscen@discover.com | Feb 07 2024 00:24:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14945504 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 07 2024 00:26:00 | Eos Cca, Attn: Bankruptcy, Re: Verizon, Po Box 329, Norwell, MA 02061-0329 |
| 14945505 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 07 2024 00:24:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14945506 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 07 2024 00:24:00 | Freedom Mortgage, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14975165 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 07 2024 00:24:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14945494 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 07 2024 00:38:27 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 15160131 |   | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:37:53 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14951090 |   | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:22:24 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14963374 |   | Email/PDF: CreditorBK@Resurgent.com | Feb 07 2024 00:49:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14945507 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 07 2024 00:24:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14945508 | + | Email/PDF: CreditorBK@Resurgent.com | Feb 07 2024 00:21:51 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15456733 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 07 2024 00:24:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14951637 |   | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 07 2024 00:22:24 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14945509 | + | Email/Text: bnc@nordstrom.com | Feb 07 2024 00:25:21 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14959377 |   | Email/PDF: cbp@omf.com | Feb 07 2024 01:28:45 | ONEMAIN FINANCIAL SERVICES, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14945511 | + | Email/PDF: cbp@omf.com | Feb 07 2024 00:22:44 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15398679 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2024 00:22:51 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14978778 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2024 00:21:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14945929 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2024 00:21:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14972631 | + | Email/Text: ebnpeoples@grblaw.com | Feb 07 2024 00:24:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14975357 |   | Email/Text: bnc-quantum@quantum3group.com | Feb 07 2024 00:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14975358 |   | Email/Text: bnc-quantum@quantum3group.com | Feb 07 2024 00:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14979648 | + | Email/Text: bncmail@w-legal.com | Feb 07 2024 00:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14945516 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 01:06:55 | Syncb/NewEgg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14945517 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 01:28:45 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14945514 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 00:22:46 | Syncb/cathay Pacific D, C/o Po Box 965004, Orlando, FL 32896-0001 |
| 14945515 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 00:21:53 | Syncb/google, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14978673 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 07 2024 00:38:04 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14945518 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 01:28:45 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945519 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 00:38:20 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945520 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 00:38:11 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945521 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 01:28:45 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945522 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 01:06:48 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14945523 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 00:22:17 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14945524 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 01:28:47 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14945525 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 00:22:47 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14945526 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 00:22:17 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14979649 | + | Email/Text: bncmail@w-legal.com | Feb 07 2024 00:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14945527 | | Email/Text: bncmail@w-legal.com | Feb 07 2024 00:25:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14967595 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 07 2024 00:24:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14945528 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 07 2024 00:24:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 14973677 | | Email/PDF: ebn_ais@aisinfo.com | Feb 07 2024 00:38:12 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 76

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14967364 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14967365 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15560448 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| sp | ##+ | Matthew B. Smith, Vitti Law Group, Inc., 333 Allegheny Avenue, Suite 303, Oakmont, PA 15139-2072 |

TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: pdf900 | Total Noticed: 82 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Karthikeya Allada keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Lily Christina Calkins | on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com lilychristinacalkins@gmail.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 8